STATE of Missouri, Respondent,

v.

Earl Winston REDMOND, Appellant.

No. WD 58796.

Missouri Court of Appeals,
Western District.

July 17, 2001.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., ULRICH, J. and KENNEDY, S.J.

### ORDER

PER CURIAM:

Earl Redmond appeals his convictions following jury trial for two counts of robbery in the first degree, section 569.020, RSMo 2000, and sentences as a prior and persistent offender to two concurrent terms of twenty-five years imprisonment. In his sole point on appeal, Mr. Redmond claims that trial court erred in overruling his motion for severance of Count I from Counts II and III. The judgment of convictions is affirmed. Rule 30.25(b).

Sherrie J. EVANS, Appellant, Pro Se,

v.

Paul E. EVANS, Respondent.

No. WD 58734.

Missouri Court of Appeals,
Western District.

Oct. 2, 2001.

Sherrie J. Evans, Kansas City, pro se.

Richard Sullivan, Independence, for respondent.

Before NEWTON, P.J.,
LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

Sherrie Evans appeals from a judgment of modification issued by the Circuit Court of Jackson County, Christine Sill Rogers J., in which custody of one minor child was transferred from her to Father, and child support was found not to be owed to either party. The Court of Appeals held that: 1) Mother's counsel's statement at oral argument that the trial court did have jurisdiction over the matter amounted to a judicial admission, and that regardless, Mother's arguments on appeal are without merit; and 2) This court declined to exercise its discretion to review arguments for plain error that were brought to its attention for the first time at oral argument.

Judgment affirmed. 84.16(b).